Order entered November 30, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00963-CV
No. 05-12-00965-CV
No. 05-12-00966-CV
No. 05-12-00967-CV

## CITY OF DALLAS, TEXAS, Appellant

### V.

## ANTHONY ARREDONDO, ET AL., Appellees

On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 199-1743-99

## ORDER

The Court has before it appellees' November 27, 2012 unopposed motion to extend time

to file their brief. The Court **GRANTS** the motion and **ORDERS** appellees to file their brief by

December 21, 2012.

MOLLY FRANCIS
JUSTICE